PRERAK SHAH
Acting Deputy Assistant Attorney General
Environment and Natural Resources Division

ERIKA NORMAN, CA Bar # 268425
HAYLEY A. CARPENTER, CA Bar # 312611
Trial Attorneys
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 2.900
Washington, D.C. 20002
Phone: (202) 305-0475 (Norman)
Fax: (202) 305-0506
Erika.Norman@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| HELENA HUNTERS AND ANGLERS ASSOCIATION, *et al.*, | Lead Case No. 9:19-CV-00047-DLC |
| Plaintiffs, and | MOTION BY DEFENDANTS FOR LEAVE TO APPEAR TELEPHONICALLY AT MARCH 18, 2020 HEARING |
| ALLIANCE FOR THE WILD ROCKIES, *et al.*, | |
| Consolidated Plaintiffs, | |
| v. | |
| LEANNE MARTEN, *et al.*, | |
| Defendants, and | |
| STATE OF MONTANA and MONTANA BICYCLE GUILD, INC. | |
| Defendant-Intervenors. | |

Defendants move the Court for leave to appear telephonically at the oral argument scheduled for March 18, 2020 on the parties' cross-motions for summary judgment.  Counsel for Defendants are currently scheduled to travel by airplane from Washington, D.C. to Missoula, Montana on March 17, 2020.  On March 14, 2020, the Executive Office of the President Office of Management and Budget ("OMB") issued a memorandum to the heads of all executive departments and agencies, recommending that federal employees do not travel unless "mission critical."  OMB further stated that travel by any Federal employee to or within areas where there is community spread of COVID-19 should only be undertaken when there is "an urgent need, such as to protect life and property."  A copy of that memorandum is attached to this Motion.

Accordingly, Defendants respectfully move the Court to allow them to appear telephonically at Wednesday's hearing, pursuant to Local Rule 7.1(e).  Defendants have contacted counsel for the other parties and they do not oppose this request.  Finally, Defendants have prepared a small number of demonstratives, which defense counsel had intended to refer to during oral argument.  Defendants request that they be allowed to provide electronic copies of those demonstratives in PDF format to the Court and to the other parties in advance of the hearing, so that counsel may still refer to them during their presentation.

1

Respectfully submitted this 16th day of March, 2020.

                PRERAK SHAW
                Acting Deputy Assistant Attorney General
                Environment & Natural Resources Division
                U.S. Department of Justice

                */s/ Erika Norman*
                ERIKA NORMAN
                HAYLEY CARPENTER
                Trial Attorneys
                Natural Resources Section
                150 M Street, NE
                Washington, D.C. 20002
                Phone: (202) 305-0475 (Norman)
                           (202) 305-0242 (Carpenter)
                Fax: (202) 305-0506
                erika.norman@usdoj.gov
                haley.carpenter@usdoj.gov

                *Counsel for Federal Defendants*